IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-853-RJC-DCK

| | |
|---|---|
| PEGGY OATES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| TRUSTEES OF GASTON COLLEGE, and SILVIA PATRICIA RIOS HUSAIN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal" (Document No. 44) filed April 24, 2014. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal" (Document No. 44) is **GRANTED**.

Signed: April 24, 2014

David C. Keesler
United States Magistrate Judge